AUSA:    Rosemary Gardey          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Task Force Officer:   Angela Bunch, A.T.F.          Telephone:  (313) 234-3450

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.
Anthony Weaver

Case No.

Case: 2:21-mj-30273
Judge: Unassigned,
Filed: 06-03-2021 At 04:06 PM
USA v. ANTHONY WEAVER (CMP)
(MLW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 5, 2021 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Agent Angela Bunch, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  June 3, 2021

City and state:  Detroit, Michigan

_____
*Judge's signature*

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Angela Bunch, being duly sworn, depose and state the following:

## I. INTRODUCTION

1.      I am a member of the Detroit Police Department and have been for twenty-three years. Since 2013, I have been assigned to the Firearms Investigative Team with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I became a Task Force Officer with the ATF in May of 2014. I have a Bachelors of Applied Science. I have been involved in numerous investigations related to violations of federal firearm and narcotic laws.

2.      The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      I am currently investigating Anthony WEAVER, Jr., date of birth xx/xx/1985, for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

4.      I reviewed a computer printout of WEAVER's criminal history ("CCH"). WEAVER has the following convictions:

   a.      2004 – felony, financial transaction device – stealing / retaining, 6th Circuit Court, Oakland County;

b. 2004 – felony, weapons – carrying concealed; felony, police officer – assaulting / resisting / obstructing, 6th Circuit Court, Oakland County;

c. 2012 – felony, weapons – carrying concealed, 3rd Circuit Court, Wayne County; and

d. 2017 – felony, felon in possession of a firearm, United States District Court, Eastern District of Michigan.

## II. SUMMARY OF INVESTIGATION

5.     On May 5, 2021, at approximately 6:00 p.m., Detroit police officers were on routine patrol in the 5th precinct.  They observed an occupied blue Charger parked on Drexel St. The Charger had illegal front window tint, no license plate, and the driver's door was open, interfering with traffic. Officers exited their scout car and approached the vehicle.  A female was at the passenger door, removing her belongings from the passenger seat. The sitting driver, WEAVER, produced his driver's license, and stated his proof of insurance was on his phone.  The officer asked WEAVER if the clear plastic cup in his vehicle contained alcohol (open intoxicants), and he stated yes.  WEAVER was unable to provide registration for the vehicle, and was acting very nervous (shaking).

6.     At this time, the officer asked WEAVER to exit the vehicle.  WEAVER stood up, and immediately turned his right hip away from the officer.  The officer placed him in handcuffs before continuing her investigation.  During a pat-down, she recovered a loaded firearm with an extended magazine from WEAVER's waistband.

7.     The officers attempted to place WEAVER in the back of their scout car, to further investigate the vehicle (no plate), and whether or not he possessed a CPL (concealed pistol license).  WEAVER actively resisted until the officers were able to verbally deescalate the situation.

8.     Assisting units arrived, and WEAVER was conveyed to the Detroit Detention Center for processing.

9.     The recovered firearm is a Glock, model 22 gen 4, .40 caliber semiautomatic handgun loaded with 17 rounds in an extended magazine.

10.     I contacted ATF Special Agent Nathan Triezenberg, an expert in the Interstate Nexus of firearms. Agent Triezenberg stated that the firearm, based on the description provided, without physically examining it, was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

11.     Probable cause exists that WEAVER is aware that he was a convicted felon at the time he possessed the firearm. WEAVER has entered guilty pleas to prior felony offenses. He would have been informed by the court of the maximum

possible penalty before the court accepted his guilty plea.  Therefore, probable cause exists that WEAVER knew, at the time he possessed the firearm, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

## II.   CONCLUSION

12.     Probable cause exists that Anthony WEAVER, a convicted felon, did knowingly and intentionally possess a firearm, which traveled in and affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

_Angela Bunch_

Task Force Officer Angela R. Bunch
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. ANTHONY P. PATTI     June 3, 2021
UNITED STATES MAGISTRATE JUDGE

-4-